174 A.3d 509

JACQUELINE JALIL, LUISA ROJAS, AND TANIA MENA, PLAIN-TIFFS-RESPONDENTS, v. PILGRIM MEDICAL CENTER AND DR. NICHOLAS CAMPANELLA, DEFENDANTS-PETITION-ERS.

C–142 September Term 2017
079512

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002906–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

174 A.3d 509

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SADDIQUE WILLIAMS, DEFENDANT-PETITIONER.

C–152 September Term 2017
079294

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005700–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.